Date:  04/14/11

**DIVIDENDS REMITTED TO THE COURT**

Check Number 1007 Dated 04/14/11

Case Number 09-43110 - BRENDEN, PAUL NORRIS

#193019
Re
4-20-11

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|----------|-----------|----------------|-------------|
| **HSBC Bank Nevada, N.A.**<br>**Bass & Associates, P.C.**<br>**3936 E. Ft. Lowell Rd, Suite 200**<br>**Tucson, AZ 85712** | 000003 | 320.04 | 2.22 |
| ---------- Remittance Total -------------- | | 320.04 | 2.22 |

TIMOTHY D. MORATZKA, Trustee

RECEIVED
11 APR 20  AM 9:26
U.S. BANKRUPTCY COURT
MINNEAPOLIS, MN